**FILED**

AUG 0 2 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-128-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| ERIC DANIEL GIBSON, | |
| Defendant. | |

Pending before the Court is a motion to quash the Writ of Habeas Corpus (*Ad Prosequendum*) and vacate the arraignment hearing currently scheduled for August 9, 2018, at 9:00 a.m. and reset the arraignment date. For good cause shown,

IT IS ORDERED that the Writ of Habeas Corpus (*Ad Prosequendum*) is quashed and the arraignment hearing currently set for August 9, 2018, at 9:00 a.m., is **VACATED**.

DATED this __2__ day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate