IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC DANIEL GIBSON,<br><br>Defendant. | CR 17-128-BLG-SPW<br><br>ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

Upon the Defendant's Unopposed Motion for Early Termination of Supervised Release (Doc. 56), pursuant to 18 U.S.C. § 3583(e)(1) and Federal Rule of Criminal Procedure 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED. Eric Daniel Gibson's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify the parties and the U.S. Probation Office of the making of this Order.

DATED this ___30th___ day of March, 2026.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge